## FOURTH NATIONAL BANK *v.* RENFROE.

PER CURIAM. Under the evidence, which was without conflict, the judge did not err in directing a verdict for the claimant.
*Judgment affirmed. All the Justices concur.*
No. 363. FEBRUARY 15, 1918.

Claim. Before Judge Mathews. Bibb superior court. April 23, 1917.

*Hardeman, Jones, Park & Johnston, Harry S. Strozier,* and *Richard Curd,* for plaintiff.

*E. P. Mallary, John R. L. Smith,* and *Grady C. Harris,* contra.

---

## FAIN *v.* BANK OF DOERUN *et al.*

PER CURIAM. On conflicting evidence the trial judge did not abuse his discretion in refusing a temporary injunction.
*Judgment affirmed. All the Justices concur.*
No. 369. FEBRUARY 15, 1918.

Petition for injunction. Before Judge Thomas. Colquitt superior court. April 18, 1917.

*James L. Dowling* and *Erle B. Askew,* for plaintiff.

*J. H. Cooke Jr.* and *T. H. Parker,* for defendants.